UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE R. FLORES, | : | |
|     Petitioner, | : | |
| | : | No. 17-cr-00412 |
| v. | : | No. 23-cv-04652 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Respondent. | : | |

**AND NOW**, this 8th day of May, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence Under 28 U.S.C. § 2255, *see* ECF No. 78, is **DISMISSED**.

2. The Motion for Appointment of Counsel, *see* ECF No. 79, is **DENIED**.

3. A certificate of appealability is **DENIED**.

4. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge